IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Norm Smith          )
                    )
                    )
Plaintiff,          )
                    )
                    )  Case No: 4:15-CV-00907
Vs.                 )
                    )
                    )
Acuity Insurance et. al.  )
                    )
Defendants,         )

**DISMISSAL WITH PREJUDICE**

Comes now Plaintiff, by and through his attorney, the issues herein having been fully settled and resolved, does hereby dismiss his cause of action with prejudice, each party to bear their own costs.

/s/ Bob Kister
Bob Kister
Bob Kister Trial Lawyer, LLC
1349 McNutt Road
P.O. Box 156
Herculaneum, MO  63048
636-931-4459
Fax# (636) 937-2435
bob@bkister.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

So Ordered
John A. Ross
10/5/2016

   The undersigned certifies that on this 23d day of September 2016, a true copy of the foregoing was e-mailed to Defendants' Counsel with authorization to file with the court contemporaneous with sending settlement drafts.

               /s/  Bob Kister